Bradley W. Wahrlich, Esq. (SBN 117057)
wahrlich@hmnlaw.com
Paula A. Rasmussen, Esq. *Pro Hac Vice* (Cal SBN 258352)
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
Gianstefan F. Mellara

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| GIANSTEFAN F. MELLARA<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>            Defendant. | CASE NO.:  3:17-cv-00047 JE<br><br>**NOTICE OF SETTLEMENT** |

Page | 1 – NOTICE OF SETTLEMENT

**TO THE COURT:**

In accordance with the provisions of the Court's Local Rule 41-1(a), Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff requests the Court to retain jurisdiction until the completion of settlement, and requests 30 days in which to file a dismissal of the entire action.

Dated: June 5, 2017                                          HILDEBRAND, MCLEOD & NELSON

                                                                                            */S/ Paula Rasmussen*
PAULA A. RASMUSSEN, ESQ.
*Pro Hac Vice* (Cal SBN 258352)
T: (510) 451-6732
F: (510) 465-7023
E: rasmussen@hmnlaw.com

Counsel for Plaintiff
GIANSTEFAN F. MELLARA