Bradley W. Wahrlich, Esq. (SBN 117057)
wahrlich@hmnlaw.com
Paula A. Rasmussen, Esq. *Pro Hac Vice* (Cal SBN 258352)
rasmussen@hmnlaw.com
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
TEL:   (510) 451-6732
FAX:   (510) 465-7023

Attorneys for Plaintiff
Gianstefan F. Mellara

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GIANSTEFAN F. MELLARA<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation,<br><br>Defendant. | CASE NO.:  3:17-cv-00047 JE<br><br>**STIPULATED REQUEST TO DISMISS ACTION WITH PREJUDICE** |

**TO THIS HONORABLE COURT:**

PURSUANT TO FRCP 41(a)(1)(A(ii), it is hereby stipulated and requested by and between the parties herein, that the above-entitled matter may be dismissed with prejudice in its entirety and that each party will bear their own costs.

Dated: July 27, 2017                                          HILDEBRAND, MCLEOD & NELSON

                                                                                      */s/ Paula Rasmussen*
                                                                                      PAULA A. RASMUSSEN, ESQ.
                                                                                      *Pro Hac Vice* (Cal SBN 258352)
                                                                                      T: (510) 451-6732
                                                                                      F: (510) 465-7023
                                                                                      E: rasmussen@hmnlaw.com
                                                                                      Counsel for Plaintiff
                                                                                      GIANSTEFAN F. MELLARA

Page | 1 – STIPULATED REQUEST FOR DIMISSAL

                                                **COSGRAVE VERGEER KESTER, LLP**

Dated: July 27, 2017

                                        **By:**   */s/ W.S.Tab Wood*

                                                Timothy J. Coleman, OSB # 841970
tcoleman@cosgravelaw.com
W.S.Tab Wood, OSB No. 115604
twood@cosgravelaw.com
888 SW fifth Avenue, Ste 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019
ATTORNEYS FOR DEFENDANT